**Reich Radcliffe LLP**
Marc G. Reich (SBN 159936)
4675 MacArthur Court, Suite 550
Newport Beach, CA 92660
Telephone: (949) 975-0512
Facsimile: (949) 975-0514
Email: mgr@reichradcliffe.com

**Frommer Lawrence & Haug LLP**
Richard E. Parke (Pro Hac Vice Upon Application)
745 Fifth Avenue
New York, New York 10151
Telephone: (212) 588-0800
Facsimile: (212) 588-0500
Email: rparke@flhlaw.com

Attorneys for Plaintiff
Bigfoot Ventures, LLC

FILED
08 JUL 28 PM 2:33
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: ___ DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

Bigfoot Ventures, LLC,

    Plaintiff,

    v.

Compañía Mexicana de Aviación, S.A. de C.V. d/b/a Mexican Airlines,

    Defendant.

CASE NO.: '08 CV 1357 BEN JMA

**COMPLAINT FOR DECLARATORY JUDGMENT**

FILED BY FAX

Page 1

COMPLAINT

## Nature of the Case

Plaintiff Bigfoot Ventures, LLC seeks declaratory relief, as set forth below, to establish that its registration and use of the domain name "vtp.com" is not unlawful under the Anticybersquatting Consumer Protection Act ("ACPA"), 15 U.S.C. § 1125(d).

## The Parties

1. Plaintiff Bigfoot Ventures, LLC ("Bigfoot") is a venture capital firm with corporate headquarters at Unit 203-204, 2/f Chuk On Building, 23 Mercer Street, Sheung Wan, Hong Kong. Bigfoot has a California mailing address at 401 Wilshire Blvd. 9th Floor, Santa Monica, CA 90401, but does not have any employees, officers, directors, or other personnel at that address.

2. Upon information and belief, Defendant Compañía Mexicana de Aviación, S.A. de C.V. ("Mexicana") is an international carrier headquartered at Xola 535, Piso 29 Col. Del Valle, Mexico, D.F. 03100. Upon further information and belief, Mexicana operates airline flights into and out of, and flight-related operations at, San Diego International Airport/Lindbergh Field, San Diego, CA.

## Jurisdiction and Venue

3. This Court has jurisdiction pursuant to 28 U.S.C. § 1331. Bigfoot seeks a declaration, pursuant to 15 U.S.C. § 1114(2)(D)(v) and 28 U.S.C. § 2201, that its registration and use of the domain name "vtp.com" is not unlawful under the ACPA, 15 U.S.C. § 1125(d). In initiating an administrative proceeding with the National Arbitration Forum ("NAF") concerning Bigfoot's right to register the domain name "vtp.com[,]" Mexicana agreed to submit to this Court's jurisdiction, under Internet Corporation for Assigned Names and Numbers ("ICANN") Rule 3(b)(xiii).

4. Venue is proper in the Southern District of California under 28 U.S.C. § 1391(b)(1) because Mexicana is a corporation deemed to reside in this District under 28 U.S.C. § 1391(c). Venue is also proper under 28 U.S.C. § 1391(d) because Mexicana is an alien corporation. Additionally, venue is proper in the Southern District of California pursuant to 28 U.S.C. §1391(b)(2) because a substantial part of the property that is the subject of this action is situated in this District. Moreover, venue is proper in the Southern District of California because of Mexicana's

voluntary submission to this Court's jurisdiction when Mexicana filed its complaint with NAF concerning Bigfoot's right to register the domain name "vtp.com[.]"

### Facts

5. Bigfoot is a venture capital firm that invests in a wide range of companies and businesses. One aspect of Bigfoot's operations is incubating business concepts that it intends to mature into active business entities, with a focus on the communications, technology, education, entertainment, real estate, and new media business sectors. Part of Bigfoot's practice involves purchasing short/memorable letter-combination domains for use as acronyms in connection with its venture capital operations and as eventual identifiers for its businesses. This practice is grounded in Bigfoot's good faith belief in the value of short domain names as Internet addresses, and not in an effort to resell those domains for profit or obtain or exercise any other sort of leverage or advantage over another business or individual.

6. On May 28, 2008, Bigfoot purchased the disputed domain name "vtp.com" from Buydomains.com. DomainDiscover, which upon information and belief is headquartered at 14284 Danielson Street, Poway, CA 92064, is the registrar ("Registrar") for "vtp.com." Upon further information and belief, DomainDiscover is accredited by the Internet Corporation for Assigned Names and Numbers ("ICANN").

7. On May 30, 2008—only two days after Bigfoot purchased "vtp.com"—Mexicana submitted a complaint to NAF pursuant to ICANN's Uniform Domain Name Dispute Resolution Policy ("ICANN Policy") seeking to have the "vtp.com" domain registration transferred to Mexicana. The matter was assigned designated Claim Number: FA0805001195961. Mexicana claimed that (a) Bigfoot's "vtp.com" domain name is identical to Mexicana's VTP mark, (b) Bigfoot does not have any rights or legitimate interests in the domain name, and (c) Bigfoot registered and used the domain name in bad faith.

8. On July 14, 2008, an NAF arbitrator issued a decision directing transfer of the "vtp.com" registration to Mexicana.

1    9.    On July 16, 2008, in accordance with the ICANN Policy, NAF provided notice to Mexicana, Bigfoot, and ICANN that the Registrar would not implement the NAF arbitrator's decision if Bigfoot commenced a lawsuit against Mexicana concerning registration of the domain name "vtp.com" within a ten-day period. The ICANN Policy provides that this period is ten business days. ICANN Policy ¶ 4(k).

10.   Bigfoot has neither offered to sell nor solicited a sale of the "vtp.com" domain to any third party, including Mexicana, and has no current plans to sell the domain. Defendant Mexicana has never contacted Bigfoot concerning this mark, for any purpose, beyond the underlying proceeding before NAF. Bigfoot's acquisition and registration of "vtp.com" was not done to trade off of Mexicana's VTP mark or to favor any Mexicana competitor, but rather as part of Bigfoot's good faith business operations and plans.

## First Count

### Declaration Under Anticybersquatting Consumer Protection Act

11.   Plaintiff realleges and incorporates paragraphs 1-10 above.

12.   In registering the domain name "vtp.com[,]" Bigfoot did not have a bad faith intent, as provided in 15 U.S.C. § 1125(d)(1)(A)(i), to profit from Mexicana's VTP mark.

13.   In registering the domain name "vtp.com[,]" Bigfoot did not have the intent, as provided in 15 U.S.C. § 1125(d)(1)(B), to divert consumers from Mexicana's online location to a site accessible under the domain name that could harm the goodwill represented by the mark, either for commercial gain or with the intent to tarnish or disparage the mark, by creating a likelihood of confusion as to the source, sponsorship, affiliation, or endorsement of the site.

14.   In registering the domain name "vtp.com[,]" and at no time since registration, has Bigfoot, as provided in 15 U.S.C. § 1125(d)(1)(B), offered to transfer, sell, or otherwise assign "vtp.com" to Mexicana or any third party for financial gain without having used, or having an intent to use, the domain name in the bona fide offering of any goods or services, nor is there prior conduct by Bigfoot indicating a pattern of such conduct.

15. In registering the domain name "vtp.com[,]" Bigfoot, as provided in 15 U.S.C. § 1125(d)(1)(B), did not provide material and misleading false contact information when applying for registration of that domain name, has not intentionally failed to maintain accurate contact information, nor is there prior conduct by Bigfoot indicating a pattern of such conduct.

16. Bigfoot, as provided in 15 U.S.C. § 1125(d)(1)(B), has not registered or acquired multiple domain names that it knows are identical or confusingly similar to marks of others that are distinctive at the time of registration of such domain names, or dilutive of famous marks of others that are famous at the time of registration of such domain names, without regard to the goods or services of the parties.

17. Bigfoot has not, as provided in 15 U.S.C. § 1125(d)(1)(A)(ii), registered, trafficked in, or used a domain name that at the time "vtp.com" was registered was identical or confusingly similar to Mexicana's VTP mark.

18. Bigfoot believed and had reasonable grounds to believe that its registration of the domain name "vtp.com" was lawful, as provided in 15 U.S.C. § 1125(d)(1)(B)(ii).

19. As required by 15 U.S.C. § 1114(2)(D), Bigfoot has given notice of its intent to file an action to establish that Bigfoot's registration and use of the domain name "vtp.com" is not unlawful under the ACPA to Mexicana.

### Second Count

### Declaratory Judgment

20. Plaintiff realleges and incorporates paragraphs 1-19 above.

21. A dispute exists between Bigfoot and Mexicana concerning Bigfoot's right to register and use the domain name "vtp.com[.]" As a consequence of this dispute, an actual and justiciable controversy exists between Bigfoot and Mexicana.

COMPLAINT

## Prayer for Relief

WHEREFORE, Bigfoot requests that the Court enter judgment:

1. Declaring that Bigfoot's registration and use of the domain name "vtp.com" is not unlawful under the ACPA, 15 U.S.C. § 1124(d);

2. Declaring that Bigfoot's registration and use of the domain name "vtp.com" does not constitute a bad faith intent to profit from Mexicana's VTP mark under the ACPA, 15 U.S.C. § 1124(d);

3. Declaring that Bigfoot is not required to transfer the registration for the domain name "vtp.com" to Mexicana;

4. Declaring that the Registrar shall not transfer the registration for the domain name "vtp.com" to Mexicana; and

5. Providing all such other and further relief as the Court deems just and proper.

Respectfully submitted,

Dated: July 28, 2008

Reich Radcliffe LLP

By: _____
Marc G. Reich
Co-Counsel for Plaintiff

```
        UNITED STATES
        DISTRICT COURT
     SOUTHERN DISTRICT OF CALIFORNIA
           SAN DIEGO DIVISION

        #  153430      - MB
        * * C O P Y * *
           July 28, 2008
              14:33:26


        Civ Fil Non-Pris
USAO #.: 08CV1357 CIVIL FILING
Judge..: ROGER T BENITEZ
Amount.:                $350.00 CK
Check#.: BC2627




      Total-> $350.00



      FROM: BIGFOOT VENTURES LLC VS
            COMPANIA MEXICANA DE AVIACION
```

%JS 44 (Rev. 12/07)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
Bigfoot Ventures, LLC

**DEFENDANTS**
Compañia Mexicana de Aviación, S.A. de C.V., d/b/a Mexican Airlines

FILED
08 JUL 28 PM 2:32
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
DEPUTY

**(b)** County of Residence of First Listed Plaintiff  See Attachment
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

'08 CV 1357 BEN JMA

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
See Attachment

Attorneys (If Known)
Knobbe Martens Olson & Bear LLP
Edward A. Schlatter
2040 Main Street, 14th Floor
Irvine, CA 92614
Tel: 949-760-0404

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- [ ] 1 U.S. Government Plaintiff
- [X] 3 Federal Question (U.S. Government Not a Party)
- [ ] 2 U.S. Government Defendant
- [ ] 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | PERSONAL INJURY / PERSONAL INJURY | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander / ☐ 365 Personal Injury - Product Liability | ☐ 630 Liquor Laws | PROPERTY RIGHTS | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability / ☐ 368 Asbestos Personal Injury Product Liability | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability / PERSONAL PROPERTY | ☐ 660 Occupational Safety/Health | ☒ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle / ☐ 370 Other Fraud | ☐ 690 Other | | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability / ☐ 371 Truth in Lending | LABOR | SOCIAL SECURITY | ☐ 810 Selective Service |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury / ☐ 380 Other Personal Property Damage | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/Exchange |
| ☐ 195 Contract Product Liability | ☐ 385 Property Damage Product Liability | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise | | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| REAL PROPERTY | CIVIL RIGHTS / PRISONER PETITIONS | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 441 Voting / ☐ 510 Motion to Vacate Sentence | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 220 Foreclosure | ☐ 442 Employment / Habeas Corpus: | ☐ 791 Empl. Ret. Inc. Security Act | FEDERAL TAX SUITS | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations / ☐ 530 General | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare / ☐ 535 Death Penalty | IMMIGRATION | | ☐ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment / ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application | ☐ 871 IRS - Third Party 26 USC 7609 | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other / ☐ 550 Civil Rights | ☐ 463 Habeas Corpus - Alien Detainee | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 440 Other Civil Rights / ☐ 555 Prison Condition | ☐ 465 Other Immigration Actions | | |

## V. ORIGIN (Place an "X" in One Box Only)

- [X] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from another district (specify)
- [ ] 6 Multidistrict Litigation
- [ ] 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
15 U.S.C. § 1114(2)(D)(v) and 15 U.S.C. § 1125(d)

Brief description of cause:
Decl. Relief re: registration and use the domain name "vtp.com[.]"

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23   DEMAND $ _____
CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ☒ No

## VIII. RELATED CASE(S) IF ANY
(See instructions): JUDGE _____   DOCKET NUMBER _____

DATE 7/28/08   SIGNATURE OF ATTORNEY OF RECORD  _Marc J. Reich_

FOR OFFICE USE ONLY
RECEIPT # 153430   AMOUNT $350.00   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____

MB 07/28/08

**FILED BY FAX**

CSDJS44

ATTACHMENT TO CIVIL COVER SHEET

Bigfoot Ventures, LLC v. Compañía Mexicana de Aviación, S.A. de C.V., d/b/a Mexican Airlines

I(b) County of Residence

      Plaintiff's corporate headquarters is in Hong Kong. Plaintiff has a California mailing address in Los Angeles County, CA, but does not have any employees, officers, directors, or other personnel at that address.

I(c) Counsel for Plaintiff

**Reich Radcliffe LLP**
Marc G. Reich (SBN 159936)
4675 MacArthur Court, Suite 550
Newport Beach, CA 92660
Telephone: (949) 975-0512
Facsimile: (949) 975-0514
Email: mgr@reichradcliffe.com

**Frommer Lawrence & Haug LLP**
Richard E. Parke (Pro Hac Vice Upon Application)
745 Fifth Avenue
New York, New York 10151
Telephone: (212) 588-0800
Facsimile: (212) 588-0500
Email: rparke@flhlaw.com