Reich Radcliffe LLP
Marc G. Reich (SBN 159936)
4675 MacArthur Court, Suite 550
Newport Beach, CA 92660
Telephone: (949) 975-0512
Facsimile: (949) 975-0514
Email: mgr@reichradcliffe.com

Frommer Lawrence & Haug LLP
Richard E. Parke (Pro Hac Vice Upon Application)
745 Fifth Avenue
New York, New York 10151
Telephone: (212) 588-0800
Facsimile: (212) 588-0500
Email: rparke@flhlaw.com

Attorneys for Plaintiff
Bigfoot Ventures, LLC

FILED
08 JUL 28 PM 2:33
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Bigfoot Ventures, LLC, <br><br> Plaintiff, <br><br> v. <br><br> Compañía Mexicana de Aviación, S.A. de C.V. d/b/a Mexican Airlines, <br><br> Defendant. | CASE NO.: **'08 CV 1357 BEN JMA** <br><br> PLAINTIFF'S DISCLOSURE STATEMENT AND NOTICE OF PARTY WITH FINANCIAL INTEREST <br><br> **FILED BY FAX** |

Page 1

PLAINTIFF'S DISCLOSURE STATEMENT AND
NOTICE OF PARTY WITH FINANCIAL INTEREST

1  Pursuant to Federal Rule of Civil Procedure 7.1 and Civil Local Rule 40.2, Bigfoot
2  Ventures, LLC ("Bigfoot") states that it has no parent corporation and that there is no publicly held
3  corporation that owns 10% or more of Bigfoot's stock. The parties that have a direct, pecuniary
4  interest in this case are those appearing in the caption. These representations are made to enable the
5  Court to evaluate possible disqualification or recusal.

Dated: July 28, 2008

Respectfully submitted,

Reich Radcliffe LLP

By: _____
Marc G. Reich
Co-Counsel for Plaintiff

PLAINTIFF'S DISCLOSURE STATEMENT AND
NOTICE OF PARTY WITH FINANCIAL INTEREST