# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

Bigfoot Ventures, LLC

vs

Compañía Mexicana de Aviación, S.A. de C.V.
d/b/a Mexican Airlines

FILED
08 JUL 28 PM 2:39
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

**SUMMONS IN A CIVIL ACTION**

Case No. '08 CV 1357 BEN JMA

TO: (Name and Address of Defendant)

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Marc G. Reich
Reich Radcliffe LLP
4675 MacArthur Court, Suite 550
Newport Beach, CA 92660
Telephone 949 975-0512

An answer to the complaint which is herewith served upon you, within <u>Twenty</u> days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.
CLERK

JUL 28 2008   7/28/08
DATE

By  J. HINKLE , Deputy Clerk

Summons in a Civil Action

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

AO-440S