**Reich Radcliffe LLP**
Marc G. Reich (SBN 159936)
4675 MacArthur Court, Suite 550
Newport Beach, CA 92660
Telephone:  (949) 975-0512
Facsimile:  (949) 975-0514
Email: mgr@reichradcliffe.com

**Frommer Lawrence & Haug LLP**
Richard E. Parke (Admitted Pro Hac Vice)
745 Fifth Avenue
New York, New York 10151
Telephone: (212) 588-0800
Facsimile:  (212) 588-0500
Email:  rparke@flhlaw.com

Attorneys for Plaintiff
*Bigfoot Ventures LLC*

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BIGFOOT VENTURES LLC,<br><br>        Plaintiff,<br><br>   v.<br><br>COMPAÑÍA MEXICANA DE AVIACIÓN, S.A. DE C.V. D/B/A MEXICANA AIRLINES,<br><br>        Defendant.<br><br>AND RELATED COUNTERCLAIM. | Case No. 3:08-cv-01357-BEN-JMA<br><br>**JOINT MOTION FOR EXTENSION OF EXPERT DISCOVERY END DATE AND MOTIONS FILING DEADLINE** |

Plaintiff Bigfoot Ventures LLC and Defendant Compañía Mexicana de Aviación, S.A. de C.V. d/b/a Mexicana Airlines hereby jointly move under Fed. R. Civ. P. 6(b) to modify the Court's "Order Granting Joint Motion to Modify the Case Management Conference Order Regulating Discovery and Other Pretrial Proceedings" (Doc. 30) (hereinafter "Scheduling Order"), dated July 16, 2009.  The parties seek a limited extension of the upcoming expert discovery end date, currently set for December 23, 2009, for a period of thirty (30) days, until January 22, 2010, to permit scheduling and conducting the depositions of the five (5) expert

witnesses that the parties have collectively identified in this action. All five experts have submitted expert reports, and each party wishes to depose the opposing party's respective experts.

Counsel for the parties have discussed scheduling and are attempting to solidify the various experts' availability for deposition. But the parties believe it unlikely that all expert depositions can be conducted by December 23, 2009, given the number of individual experts involved, the various experts' locations (i.e., two experts are in Southern California, one is in Denver, Colorado, one is in both Atlanta, Georgia and New York, New York, and the remaining expert is near Philadelphia, Pennsylvania), and the relatively short timeframe for those depositions. By way of example, at least one expert has advised that he is not available for deposition until December 28, 2009 at the earliest, which is beyond the present expert discovery end date. The parties are confident, however, that the additional time requested will allow sufficient time for all expert depositions to be scheduled and conducted.

The parties also request a limited extension of the motions filing deadline[1], currently set for January 22, 2010, for a period of thirty-one (31) days, until February 23, 2010. This is one day longer than the period between the current expert discovery end date and motions filing deadline dates, but only because February 22nd falls on a Sunday. This extension will maintain the same period of time that exists in the present Scheduling Order between the expert discovery end date and the motions filing deadline.

Counsel for the parties have corresponded and spoken on this issue on several occasions and are in agreement on the instant request to the Court. This is the parties' third request to modify the Court's case schedule. This extension is not sought for the purpose of delay, and the requested extension will be limited to the items discussed above and will not interfere with any other dates ordered in the Court's Scheduling Order. The parties respectfully suggest that good cause exists for the requested extensions. In addition, the requested relief will not prejudice either party, because both parties have agreed to the proposed scheduling changes.

---

[1] This deadline, as explained in paragraph 5 of the Scheduling Order, does not include motions in limine or motions to amend or join parties.

|   |   |
|---|---|
|   | Respectfully submitted, |
|   | s/Marc G. Reich |
| Dated:   December 1, 2009 | _____ |
|   | **Reich Radcliffe LLP** |
|   | Marc G. Reich (SBN 159936) |
|   | 4675 MacArthur Court, Suite 550 |
|   | Newport Beach, CA 92660 |
|   | Phone:  (949) 975-0512 |
|   | Facsimile:  (949) 975-0514 |
|   | Email: mgr@reichradcliffe.com |
|   |   |
|   | **Frommer Lawrence & Haug LLP** |
|   | Richard E. Parke (Admitted Pro Hac Vice) |
|   | 745 Fifth Avenue |
|   | New York, New York 10151 |
|   | Phone:  (212) 588-0800 |
|   | Facsimile:  (212) 588-0500 |
|   | Email:  rparke@flhlaw.com |
|   |   |
|   | Attorneys for Plaintiff |
|   | *Bigfoot Ventures LLC* |
|   |   |
|   | s/ Lauren Keller Katzenellenbogen |
| Dated:  December 1, 2009 | _____ |
|   | **Knobbe, Martens, Olsen & Bear, LLP** |
|   | Michael K. Friedland (SBN 157217) |
|   | Lauren Keller Katzenellenbogen (SBN 223370) |
|   | 2040 Main Street, Fourteenth Floor |
|   | Irvine, CA 92614 |
|   | Phone:  (949) 760-0404 |
|   | Facsimile:  (949) 760-9502 |
|   | Email:  mfriedland@kmob.com |
|   |              lkeller@kmob.com |
|   |   |
|   | Attorneys for Defendant |
|   | *Compañía Mexicana de Aviación, S.A. de C.V.* |
|   | *d/b/a Mexicana Airlines* |