Michael K. Friedland (SBN 157,217)
mfriedland@kmob.com
Lauren Keller Katzenellenbogen (SBN 223,370)
lkeller@kmob.com
KNOBBE, MARTENS, OLSON & BEAR, LLP
2040 Main Street, Fourteenth Floor
Irvine, CA  92614
Phone:        (949) 760-0404
Facsimile:    (949) 760-9502

Attorneys for Defendant and Counterclaimant,
COMPAÑÍA MEXICANA DE AVIACIÓN, S.A.
DE C.V. D/B/A MEXICANA AIRLINES

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BIGFOOT VENTURES, LLC,<br><br>　　　　Plaintiff/Counterdefendant,<br><br>　v.<br><br>COMPAÑÍA MEXICANA DE AVIACIÓN, S.A. DE C.V. D/B/A MEXICANA AIRLINES,<br><br>　　　　Defendant/Counterclaimant. | Civil Action No.:<br>08 CV 1357 BEN (JMA)<br><br>**APPLICATION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL IN SUPPORT OF DEFENDANT'S MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>Date:  May 10, 2010<br>Time:  10:30 a.m.<br>Courtroom:  3<br>Honorable Robert T. Benitez |

08cv1357

1  Pursuant to Civil L.R. 7.2 and 79.2(c), Defendant/Counterclaimant
2  Compañia Mexicana de Aviación S.A. de C.V. d/b/a Mexicana Airlines
3  ("Mexicana") hereby moves this court for an Order permitting it to file under
4  seal certain documents in support of Mexicana's Motion for Partial Summary
5  Judgment, which contain or refer to information that has been designated by one
6  of the parties as confidential under the Protective Order entered by this Court on
7  July 13, 2009.

8  Mexicana requests that the following documents be filed under seal:

9  1. Memorandum of Points and Authorities in Support of Mexicana's
10 Motion for Partial Summary Judgment;

11 2. Statement of Material Facts in Support of Mexicana's Motion for
12 Partial Summary Judgment;

13 3. Declaration of Jorge Goytortua in Support of Mexicana's Motion
14 for Partial Summary Judgment; and,

15 4. Declaration of Lauren Keller Katzenellenbogen in Support of
16 Mexicana's Motion for Partial Summary Judgment.

17 Mexicana will serve Plaintiff/Counterdefendant Bigfoot Ventures, LLC
18 with a complete set of all the confidential materials, as well as file a complete
19 set under seal and submit a courtesy copy of same to the Honorable Robert T.
20 Benitez.

21                          Respectfully submitted,
22                          KNOBBE, MARTENS, OLSON & BEAR, LLP
23
24 Dated: March 30, 2010    By: s/Lauren Keller Katzenellenbogen
                                Michael K. Friedland
25                              Lauren Keller Katzenellenbogen

26                          Attorneys for Defendant and Counterclaimant,
                            COMPAÑIA MEXICANA DE AVIACIÓN, S.A.
27                          DE C.V. D/B/A MEXICANA AIRLINES
28

**PROOF OF SERVICE**

I hereby certify that on March 30, 2010, I presented the within **APPLICATION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL IN SUPPORT OF DEFENDANT'S MOTION FOR PARTIAL SUMMARY JUDGMENT** to the Clerk of Court for filing and uploading to the ECF system which will send notification to the following:

Marc G. Reich
REICH RADCLIFFE, LLP
4675 MacArthur Court, Suite 550
Newport Beach, CA 92660
Telephone: (949) 975-0512
Facsimile: (949) 975-0514

Richard E. Parke
FROMMER LAWRENCE & HAUG, LLP
745 Fifth Avenue
New York, NY 10151
Telephone: (212) 588-0800
Facsimile: (212) 588-0500

I declare under penalty of perjury that the foregoing statements are true and correct.

s/Lauren Keller Katzenellenbogen
Lauren Keller Katzenellenbogen
Knobbe, Martens, Olson & Bear, LLP
2040 Main Street, 14th Floor
Irvine, CA 92614

Attorneys for Defendant and Counterclaimaint,
Compañía Mexicana de Aviación, S.A. de C.V. d/b/a Mexicana Airlines

8800442
033010