Michael K. Friedland (SBN 157,217)
mfriedland@kmob.com
Lauren Keller Katzenellenbogen (SBN 223,370)
lkeller@kmob.com
KNOBBE, MARTENS, OLSON & BEAR, LLP
2040 Main Street, Fourteenth Floor
Irvine, CA  92614
Phone:        (949) 760-0404
Facsimile:    (949) 760-9502

Attorneys for Defendant and Counterclaimant,
COMPAÑÍA MEXICANA DE AVIACIÓN, S.A.
DE C.V. D/B/A MEXICANA AIRLINES

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BIGFOOT VENTURES, LLC, | Civil Action No.: 08 CV 1357 BEN (JMA) |
| Plaintiff/Counterdefendant, | |
| v. | **DEFENDANT'S NOTICE OF MOTION AND MOTION FOR PARTIAL SUMMARY JUDGMENT** |
| COMPAÑÍA MEXICANA DE AVIACIÓN, S.A. DE C.V. D/B/A MEXICANA AIRLINES, | |
| Defendant/Counterclaimant. | Date:  May 10, 2010<br>Time:  10:30 a.m.<br>Courtroom:  3<br>Honorable Robert T. Benitez |

08cv1357

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on May 10, 2010 at 10:30 a.m., Defendant Compañia Mexicana de Aviación S.A. de C.V. d/b/a Mexicana Airlines ("Mexicana") will appear in the above referenced Court, located at 940 Front Street, Courtroom 3, San Diego, CA 92101, and will, and hereby does, move the Court for Partial Summary Judgment.

## MOTION

Defendant Compañia Mexicana de Aviación S.A. de C.V. d/b/a Mexicana Airlines ("Mexicana") hereby moves the Court for Partial Summary Judgment. This motion is based upon this Notice of Motion and Motion, the accompanying Memorandum of Points and Authorities, the Declaration of Jorge Goytortua with supporting exhibits, and the Declaration of Lauren Keller Katzenellenbogen with supporting exhibits, filed concurrently herewith, as well as such other oral and/or documentary evidences as may be presented at or before the time of the hearing.

Respectfully submitted,

KNOBBE, MARTENS, OLSON & BEAR, LLP

Dated: March 30, 2010        By: s/Lauren Keller Katzenellenbogen
                                 Michael K. Friedland
                                 Lauren Keller Katzenellenbogen

Attorneys for Defendant and Counterclaimant,
COMPAÑÍA MEXICANA DE AVIACIÓN, S.A.
DE C.V. D/B/A MEXICANA AIRLINES

## PROOF OF SERVICE

I, Lauren Keller Katzenellenbogen, certify that on March 30, 2010, I presented the within **DEFENDANT'S NOTICE OF MOTION AND MOTION FOR PARTIAL SUMMARY JUDGMENT** to the Clerk of Court for filing and uploading to the ECF system which will send notification to the following:

Marc G. Reich
REICH RADCLIFFE, LLP
4675 MacArthur Court, Suite 550
Newport Beach, CA  92660
Telephone:  (949) 975-0512
Facsimile:  (949) 975-0514

Richard E. Parke
FROMMER LAWRENCE & HAUG, LLP
745 Fifth Avenue
New York, NY  10151
Telephone:  (212) 588-0800
Facsimile:  (212) 588-0500

I declare under penalty of perjury that the foregoing statements are true and correct.

s/Lauren Keller Katzenellenbogen
Lauren Keller Katzenellenbogen
Knobbe, Martens, Olson & Bear, LLP
2040 Main Street, 14th Floor
Irvine, CA  92614

Attorneys for Defendant and Counterclaimaint,
Compañía Mexicana de Aviación, S.A. de C.V. d/b/a Mexicana Airlines

8560956_1
033010