1

REICH RADCLIFFE LLP
Marc G. Reich (SBN 159936)

2

4675 MacArthur Court, Suite 550
Newport Beach, CA 92660

3

Telephone:  (949) 975-0512
Facsimile:  (949) 975-0514

4

Email: mgr@reichradcliffe.com

5

FROMMER LAWRENCE & HAUG LLP
Richard E. Parke (Admitted *Pro Hac Vice*)

6

745 Fifth Avenue
New York, New York 10151

7

Telephone: (212) 588-0800
Facsimile:  (212) 588-0500

8

Email:  rparke@flhlaw.com

9

Attorneys for Plaintiff and Counter-Defendant,
BIGFOOT VENTURES LLC

10

11

Michael K. Friedland (SBN 157,217)
mfriedland@kmob.com
Lauren Keller Katzenellenbogen (SBN 223,370)

12

lkeller@kmob.com
Ali S. Razai (SBN 246,922)

13

ali.razai@kmob.com
KNOBBE, MARTENS, OLSON & BEAR, LLP

14

2040 Main Street, Fourteenth Floor
Irvine, CA  92614

15

Phone: (949) 760-0404
Facsimile:      (949) 760-9502

16

17

Attorneys for Defendant and Counter-Claimant,
COMPAÑÍA MEXICANA DE AVIACIÓN, S.A.
DE C.V. D/B/A MEXICANA AIRLINES

18

IN THE UNITED STATES DISTRICT COURT

19

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

20

21

22

23

24

25

26

27

28

| | |
|---|---|
| BIGFOOT VENTURES LLC,<br><br>            Plaintiff/Counter-Defendant,<br><br>      v.<br><br>COMPAÑÍA MEXICANA DE AVIACIÓN,<br>S.A. DE C.V. D/B/A MEXICANA AIRLINES,<br><br>            Defendant/Counter-Claimant. | ) Civil Action No.:<br>) 08 CV 1357 BEN (JMA)<br>)<br>) **JOINT MOTION TO VACATE TRIAL**<br>) **DATE AND OTHER DATES**<br>) **PURSUANT TO AUTOMATIC STAY**<br>)<br>) **Trial:**<br>) Date:  November 9, 2010<br>) Time:  9:30 a.m.<br>) Ctrm:  3<br>)<br>) Honorable Roger T. Benitez<br>) |

08cv1357

1
2
3
4
5
6

     Plaintiff and Counter-Defendant Bigfoot Ventures LLC ("Bigfoot") and Defendant and Counter-Claimant Compañía Mexicana de Aviación, S.A. de C.V. d/b/a Mexicana Airlines ("Mexicana") have agreed and hereby jointly move this Court to vacate the trial and other dates and otherwise suspend proceedings in light of Mexicana's Chapter 15 Petition for Recognition of a Foreign Main Proceeding, filed in the United States Bankruptcy Court for the Southern District of New York on August 2, 2010.[1]

7
8
9
10
11
12
13
14
15
16

     On August 18, 2010, the United States Bankruptcy Court for the Southern District of New York ("Bankruptcy Court") entered an order in the matter stating that, "the protections of section 362 of the Bankruptcy Code shall apply to Mexicana and its assets in the United States."   Order Granting Preliminary Injunction ("Order") at 3.[2]   The Bankruptcy Court further ordered that "all persons and entities are enjoined in the United States from commencing or continuing, including the issuance or employment of process of, any judicial, administrative or any other action or proceeding involving or against Mexicana or its assets or proceeds thereof, or to recover a claim or enforce any judicial, quasi-judicial, regulatory, administrative or other judgment, assessment, order, lien or arbitration award against Mexicana or its assets in the United States or the proceeds thereof . . . ." *Id.*

17
18
19
20

     In light of the Order issued by the Bankruptcy Court, the parties jointly request that this Court vacate the trial date and other pending dates and otherwise suspend this case.  The parties further request this Court set a status conference approximately ninety days from this date.

21
22
23
24
25
26

     The parties agree that, by entering this joint motion, Bigfoot has not waived its right to move for a tolling of the applicable period for Mexicana's alleged damages claims beyond the trial date that this Court originally set; any such time period is the direct result of (a) the automatic stay under section 362 of the Bankruptcy Code, (b) the Order, and/or (c) any subsequent order by the Bankruptcy Court that maintains the stay, and Mexicana has not

27
28

[1] The bankruptcy matter is docketed as Case No. 10-14182(MG) (Bankr. S.D.N.Y.).

[2] A true and correct copy of the Order is attached hereto as Exhibit A.

1  waived its right to oppose any such motion.

2        The undersigned counsel have communicated telephonically on this motion and are in

3  agreement on the request to the Court.

4

5                                    Respectfully submitted,

6                                    REICH RADCLIFFE LLP

7

8  Dated:  August 20, 2010            s/Marc G. Reich
                                     Marc G. Reich (SBN 159936)
9                                    4675 MacArthur Court, Suite 550
                                     Newport Beach, CA 92660
10                                   Telephone:  (949) 975-0512
                                     Facsimile:  (949) 975-0514
11                                   Email: mgr@reichradcliffe.com

12                                   Richard E. Parke (Admitted *Pro Hac Vice*)
                                     FROMMER LAWRENCE & HAUG LLP
13                                   745 Fifth Avenue
                                     New York, New York 10151
14                                   Telephone: (212) 588-0800
                                     Facsimile:  (212) 588-0500
15                                   Email:  rparke@flhlaw.com
                                     Attorneys for Plaintiff and Counter-Defendant
16                                   BIGFOOT VENTURES LLC

17
                                     KNOBBE, MARTENS, OLSON & BEAR, LLP
18

19
   Dated:  August 20, 2010            s/Michael K. Friedland
20                                   Michael K. Friedland
                                     Lauren Keller Katzenellenbogen
21                                   Ali S. Razai
                                     Attorneys  for  Defendant  and  Counter-Claimant,
22                                   COMPAÑÍA  MEXICANA  DE  AVIACIÓN,  S.A.  DE
                                     C.V. D/B/A MEXICANA AIRLINES
23

24

25

26

27

28

                                    -2-                          08cv1357

1

**PROOF OF SERVICE**

2

I, Michael K. Friedland, certify that on August 20, 2010, I presented the within

3

**JOINT MOTION TO VACATE TRIAL DATE AND OTHER DATES PURSUANT TO**

4

**AUTOMATIC STAY** to the Clerk of Court for filing and uploading to the ECF system

5

which will send notification to the following:

6

Marc G. Reich
REICH RADCLIFFE, LLP

7

4675 MacArthur Court, Suite 550
Newport Beach, CA  92660

8

Telephone:  (949) 975-0512
Facsimile:  (949) 975-0514

9

10

Richard E. Parke
FROMMER LAWRENCE & HAUG, LLP
745 Fifth Avenue

11

New York, NY  10151
Telephone:  (212) 588-0800

12

Facsimile:  (212) 588-0500

13

I declare under penalty of perjury that the foregoing statements are true and correct.

14

15

  s/Michael K. Friedland

16

[ATTORNEY NAME]
Knobbe, Martens, Olson & Bear, LLP
2040 Main Street, 14th Floor

17

Irvine, CA  92614

18

Attorneys for Defendant and Counter-Claimaint,
Compañía Mexicana de Aviación, S.A. de C.V.

19

d/b/a Mexicana Airlines

20

9552897
082010

21

22

23

24

25

26

27

28